EDWARD H. KUBO, JR.    #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 8 2005

at 12 o'clock and 42 min. P M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>                              )<br>      vs.                     )<br>                              )<br>FRANCIS OGATA,        (09)    )<br>   a.k.a. "Bulla",            )<br>                              )<br>           Defendant.         )<br>_____) | CR. NO. 03-00496-09 ACK<br><br>ORDER FOR DISMISSAL |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant Francis Ogata ("Defendant Ogata") on the grounds that Defendant Ogata was charged and sentenced in an Information, Cr. No. 04-00434 ACK.  Pursuant to a plea agreement, the Government agreed to dismiss the charges as to Defendant Ogata in the Indictment for Cr. No. 03-00496 ACK after sentencing.

Defendant Ogata was sentenced on February 28, 2005, to twenty-five (25) months confinement. Defendant Ogata is currently in custody.

DATED: Honolulu, Hawaii, MAR - 7 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
CHRIS A. THOMAS
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

ALAN C. KAY
_____
UNITED STATES DISTRICT JUDGE

DATED: MAR 0 8 2005

United States v. Francis Ogata
Cr. No. 03-00496-09 ACK
"Order for Dismissal"