AO 422 (Rev. 12/85) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

WARRANT FOR ARREST

V.

Case Number: CR 03-00496 HG

FRANCIS OGATA, aka "Bulla"
21 Banyan Drive, Apt. 401
Hilo, HI
(Name and Address of Defendant)


SEALED BY ORDER OF THE COURT

YOU ARE HEREBY COMMANDED TO ARREST FRANCIS OGATA, aka "Bulla" and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Conspiracy to possess w/intent to distribute methamphetamine - Ct 1.
Possess w/intent to distribute methamphetamine - Ct 2.
Use of a communication facility - Ct 7.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 6 2007

at 10 o'clock and 00 min A M
SUE BEITIA, CLERK

in violation of Title 21; 18 United States Code, Section(s) 846, 841, 843(b); 2.

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | October 8, 2003 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL          By: Leslie E. Kobayashi, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER<br>Special Agent<br>Rachel A Byrd | SIGNATURE OF ARRESTING OFFICER<br>[signature] Rachel A Byrd |
| Date of Arrest  OCT 2 4 2003 | | |